UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOHN D'ARCO, SR.,
     Plaintiff,

v.

TUCKAHOE UNION FREE SCHOOL
DISTRICT,
     Defendant.
--------------------------------------------------------------x

**ORDER**

17 CV 2868 (VB)

   As discussed at the conference held today, which counsel for both parties attended in person, it is HEREBY ORDERED:

   1. By June 1, 2020, the parties shall submit a Joint Pretrial Order, in accordance with Paragraph 3.A of the Court's Individual Practices.

   2. By August 3, 2020, the parties shall file proposed voir dire, any motions in limine, joint proposed jury instructions, and a joint verdict form. (See Paragraph 3.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

   3. Oppositions to motions in limine, if any, are due August 10, 2020.

   4. A final pre-trial conference is scheduled for September 2, 2020, at 2:15 p.m.

   5. Jury selection and trial are scheduled to begin on September 8, 2020, at 9:30 a.m., absent further Court Order.

Dated: December 20, 2019
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge