UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JOHN D'ARCO, SR.,
            Plaintiff,

v.

TUCKAHOE UNION FREE SCHOOL
DISTRICT,
            Defendant.
----------------------------------------------------------x



**ORDER**

17 CV 2868 (VB)

       By letter dated August 7, 2020, plaintiff's counsel informed the Court that "the parties have been engaged in active settlement negotiations over the past month and are relatively close to reaching a settlement." (Doc. #106).

       This case is on the civil back-up jury calendar. The Court intends to set this case for a trial on October 5, 2020. That being the case, and in light of the ongoing public health emergency and the difficulties in scheduling jury trials at this time, the Court must know, by no later than September 14, 2020, whether the parties have settled this case or whether it will proceed to trial.

       Accordingly, by September 14, 2020, the parties shall advise the Court, by joint letter, whether the case has settled or shall proceed to trial.

       All remaining pretrial deadlines set forth in the Court's Order dated July 9, 2020, remain the same. (See Doc. #104).

Dated: August 26, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge